IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK KING | ) | CASE NO.: 5:20-CV-00270 |
| | ) | |
| Plaintiffs | ) | JUDGE SARA LIOI |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et al. | ) | **STIPULATED DISMISSAL ENTRY** |
| | ) | |
| Defendants | ) | |
| | ) | |

Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 41(A) hereby stipulate to dismiss this action without prejudice, and asks that the Court enter an order accordingly.


 _/s/EMSipplen_____
**EDDIE SIPPLEN (0076712)**
Eddie Sipplen Attorney at Law, LLC
Mitchell Building
1655 West Market Street, Suite 240
Akron, OH   44313
Phone: (330) 374-5600
esipplen@sipplen.com
*Attorney for Plaintiff*



__via phone approval_____
**MICHAEL J. DEFIBAUGH – No. 0072683)**
Assistant Director of Law
City of Akron
161 S. High Street, Ste 202
Akron, OH 44308
330-375-2030 Fax: 330-375-2041
Attorney for Defendants



**IT IS SO ORDERED**

_____
**JUDGE SARA LIOI**

1